IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

J.T. ROOFING, INC.

       Plaintiff,                        Case No. 2:04-cv-75100

v.

LIBERTY MUTUAL INSURANCE COMPANY

       Defendant.

_____/

| | |
|---|---|
| Brian P. Waagner | David M. Hayes (P14764) |
| Michael J. Carrato | Jay M. Berger (P57663) |
| Wickwire Gavin, P.C. | Clark Hill PLC |
| 8100 Boone Boulevard, Suite 700 | 500 Woodward Avenue, Suite 3500 |
| Vienna, Virginia 22182-7732 | Detroit, Michigan 48226-3435 |
| (703) 790-8750 | (313) 965-8300 |
| Attorneys for Plaintiff | Attorneys for Defendant |

Robert A. Jarema (P31537)
Smith Bovill, P.C.
200 St. Andrews Road
Saginaw, Michigan 48603
(989) 792-9641
Attorney for Plaintiff

### ORDER OF DISMISSAL

WHEREFORE, this Court having reviewed the parties' Stipulation for Dismissal, and being otherwise fully informed in the premises:

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.  For purposes of any applicable statutes of limitation, any subsequent action by J.T. Roofing, Inc., against Liberty Mutual Insurance Company on the payment bond that is the subject of this action, will be deemed filed as of December 10, 2004.

                              S/Robert H. Cleland_____

                              ROBERT H. CLELAND

                              UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 17, 2005, by electronic and/or ordinary mail.

 S/Lisa G. Teets

Case Manager and Deputy Clerk

(313) 234-5522